**C. E. BECKSTROM and BECKSTROM MOTORS, INC., a Florida Corporation, v. LEONARD C. HERMAN.**

22 So. (2nd) 766                              June Term, 1945
July 10, 1945                                     Division B

*Mabry, Reaves, Carlton, Anderson & Fields,* for appellants.
*Burton G. Henson,* for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.